### Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

January 25, 2024

Hon. Robert M. Levy,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

        Re: Antonio Urena v. Taj of India Inc. et al.
           Case No.   23-CV-06301(DLI)(RML)

Dear Judge Levy:

  This office represents Antonio Urena, the plaintiff in the above referenced action, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and New York law for alleged unpaid minimum wages and overtime. By Minute Entry dated December 5, 2023, the parties were directed to complete initial disclosures by December 5, 2023 and complete mediation by February 9, 2024. Subsequently, by Order dated December 13, 2023, defendants' time to serve initial disclosures was extended to January 24, 2024.

  Plaintiff has served initial disclosures, but defendants wish to request that the time for them to serve initial disclosures be extended to February 16, 2024.  The request is with consent of plaintiff.

  Additionally, the parties jointly request that the date to complete mediation be extended until March 11, 2024, which is two weeks after February 26, 2024, the date scheduled for mediation with Joseph DiBenedetto.

  Thank you for your consideration of these requests.

              Very truly yours,

               /S/
              Arthur H. Forman

AHF/ms