# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

March 27, 2024

Hon. Robert M. Levy,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

                Re:    Antonio Urena v. Taj of India Inc. et al.
                        23-CV-06301(DLI)(RML)

Dear Judge Levy:

      This office represents Antonio Urena, the plaintiff in the above referenced action, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and New York law for alleged unpaid minimum wages and overtime.  On February 26, 2024, the parties attended mediation with Joseph DiBenedetto.

      I write jointly with defendants' counsel, Khalid M. Azam, to advise the court that the parties have agreed to settle the action by Rule 68 offer of judgment, and respectfully request until April 26, 2024, to file the offer and acceptance.

      Thank you for your consideration of this request.

                                      Very truly yours,

                                      /S/
                                  Arthur H. Forman

AHF/ms